# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**LAWRENCE M. WILLIAMS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-3701

[March 12, 2026]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott Ira Suskauer, Judge; L.T. Case No. 502014CF002167AXXXMB.

Lawrence M. Williams, Mayo, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CONNER, SHAW and LOTT, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***